IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST VEGA,

    Petitioner

  v.

RON DAVIS, Warden,

    Respondent.

Case No: C 12-5619 YGR (PR)

**JUDGMENT**

In accordance with the Court's Order Granting Respondent's Renewed Motion to Dismiss Petition as Untimely, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

IT IS SO ORDERED.

DATED: September 24, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.12\Vega5619.jud.docx