UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST VEGA,

        Petitioner,

    v.

WILLIAM KNIPP, Warden,

        Respondent.

Case No. 12-cv-05619-YGR (PR)

**ORDER DENYING LEAVE TO PROCEED** *IN FORMA PAUPERIS* **ON APPEAL**

Dkt. 22

This matter is now before the Court for consideration of Petitioner's motion for leave to proceed *in forma pauperis* on appeal. A certificate of appealability was previously denied because Petitioner had not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal *in forma pauperis* is DENIED. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

Dated: November 21, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge